| | |
|---|---|
| Name | Andrea Bird (SBN 270791) |
| Address | 427 E 17th St. F-458 |
| City, State, Zip | Costa Mesa, CA 92627 |
| Phone | (949)929-4544 |
| Fax | |
| E-Mail | abird@birdlg.com |
| ☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SHAYNA LATHUS, an individual

PLAINTIFF(S),

v.

CITY OF HUNTINGTON BEACH, et al.,
Defendants

DEFENDANT(S).

CASE NUMBER:

8:21-cv-00808-SB-DFMx

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____SHAYNA LATHUS_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:


☐ Bail status:

**Civil Matter**

☒ Order (specify):
  Order Granting Deft.'s Motion to Dismiss
  (Docket No. 23)

☐ Judgment (specify):


☐ Other (specify):


Imposed or Filed on __September 29, 2021__. Entered on the docket in this action on __September 29, 2021__.

A copy of said judgment or order is attached hereto.

| | |
|---|---|
| 10/28/2021 | /s/ Andrea Bird |
| Date | Signature |
| | ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk |

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).